AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

LA TRISA E.,

|  | ) |
| --- | --- |
| _Plaintiff_ | ) |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
|  | ) |

_Defendant_

**Jul 29, 2021**

SEAN F. McAVOY, CLERK

Civil Action No.   1:20-CV-3168-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐  the plaintiff _(name)_ _____ recover from the
defendant _(name)_ _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____
_____ recover costs from the plaintiff _(name)_ _____
_____ .

☑  other:   The parties' Stipulated Motion for Remand (ECF No. 17) is GRANTED.
The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42
U.S.C. §405(g).
Judgment is entered in favor of Plaintiff.

This action was _(check one)_:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge     Rosanna Malouf Peterson _____ on a
Stipulated Motion for Remand (ECF No. 17).

Date:   7/29/2021 _____

_CLERK OF COURT_

SEAN F. McAVOY _____

s/ Lee Reams _____
_(By) Deputy Clerk_

Lee Reams _____